JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVON ARAKELYAN,<br><br>              Petitioner,<br>      v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>              Respondents. | No. 5:26-cv-2433 DSR<br><br>**JUDGMENT** |

     Pursuant to the Court's separately filed Order Granting Petition for Writ of Habeas Corpus,

     IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: July 13, 2026      _____

     HON. DANIEL S. ROBERTS
     UNITED STATES MAGISTRATE JUDGE